KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

(206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIMESHA COLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 2:16-CV-01597-KJN<br><br>STIPULATED EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, Plaintiff shall have a first 30-day extension of time to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel has a heavy caseload at this time and has three briefs due on the same day. Counsel is a solo practitioner and has no other attorneys to help with this caseload at this time.  The Opening Brief shall now be due on February 16, 2017.

　　　The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1　　STIPULATION
　　　　　[2:16-CV-01428-KJN]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Dated January 13, 2017:    /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
 (206) 300-9063
Attorney for Plaintiff

Dated January 13, 2017:    s/ KELSEY M. BROWN for Timothy Bolin
TIMOTHY BOLIN
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on February 16, 2017. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:  January 19, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
         [2:16-CV-01428-KJN]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063