1  KELSEY BROWN, CA #263109
2  Mackenzie Legal, PLLC
   1003 Whitman Street
3  Tacoma, WA 98406

4  (206) 300-9063
   Email: kelsey@mackenzielegal.com
5
   Attorney for Plaintiff
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                         SACRAMENTO DIVISION

10

11  | TIMESHA COLE, | |
    |---|---|
12  | Plaintiff, | Case # 2:16-CV-01597-KJN |
13  | vs. | STIPULATED EXTENSION OF TIME |
14  | COMMISSIONER OF SOCIAL SECURITY | |
15  | Defendant. | |

16      The parties hereby stipulate by counsel, Plaintiff shall have a second 30-day extension of
17  time to file Plaintiff's opening brief, in accordance with the scheduling order. Plaintiff's counsel
18  is sick with the flu and unable to complete the briefing at this time. Counsel is a solo practitioner
19  and has no other attorneys to help with this caseload at this time.  The Opening Brief shall now
20  be due on March 15, 2017.

21      The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

22

23  Dated February 13, 2017:          /s/ Kelsey M Brown

24  Page 1    STIPULATION                              Mackenzie Legal, PLLC
              [2:16-CV-01428-KJN]                      1003 Whitman Street
                                                      Tacoma, WA 98406
                                                      (206) 300-9063

|  |  |
|---|---|
|  | KELSEY MACKENZIE BROWN CA #263109 |
|  | Mackenzie Legal, PLLC |
|  | 1003 Whitman Street |
|  | Tacoma, WA 98406 |
|  | (206) 300-9063 |
|  | Attorney for Plaintiff |
| Dated February 13, 2017: | s/ KELSEY M. BROWN for Timothy Bolin |
|  | TIMOTHY BOLIN |
|  | (per e-mail authorization) |
|  | Special Assistant U.S. Attorney |
|  | Office of the General Counsel |
|  | Attorneys for Defendant |

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on March 15, 2017. The Court's Scheduling Order (ECF No. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:  February 22, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
         [2:16-CV-01428-KJN]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063