PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
     Social Security Administration
     Office of the General Counsel
     160 Spear St Ste 800
     San Francisco, CA 94105
     Telephone: (415) 977-8967
     Facsimile: (415) 744-0134
     E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

|  |  |
|---|---|
| TIMESHA COLE, | ) Case No. 2:16-cv-01597-KJN |
|      Plaintiff, | ) JOINT STIPULATION AND ~~PROPOSED~~<br>) ORDER FOR AN EXTENSION OF TIME |
|      vs. | ) |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
|      Defendant. | ) |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary

Judgment be extended from April 14, 2017 to May 30, 2017 (May 29, 2017 is a holiday). This is

Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary

Judgment.

     Defendant requests this extension due to her counsel's heavy workload. Defendant's

counsel is currently responsible for conducting discovery in a personnel-related litigation

pending before the Equal Employment Opportunity Commission (EEOC), which requires review

of Complainant's responses to agency's discovery requests and numerous documents in order to investigate the relevant facts, in addition to preparing for a deposition. Defendant's counsel is also responsible for an appellate brief for a Social Security case in the United States Court of Appeals for the Ninth Circuit, a bankruptcy case before the United States Bankruptcy Court for the Central District of California, and a representative sanctions matter, in addition to at least 35 district court cases in a variety of stages.

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the 644-page record and to evaluate the issues Plaintiff raised, and to submit Defendant's response to Plaintiff's motion for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: April 11, 2017          */s/ Kelsey Brown*\*
                              (\* As authorized via email on April 11, 2017)
                              KELSEY BROWN

                              Attorney for Plaintiff

Dated: April 11, 2017          PHILLIP A. TALBERT
                              United States Attorney

                    By:       */s/ Beatrice Na*
                              BEATRICE NA
                              Special Assistant United States Attorney

                              Attorneys for Defendant


                              ORDER

APPROVED AND SO ORDERED:

Dated:  April 17, 2017

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE